No. 00–7786. Saldana v. United States;
No. 00–8360. Knight v. United States;
No. 00–8388. Scales v. United States;
No. 00–8483. Saldana v. United States;

No. 00–8597.  VELEZ, AKA ROSA, AKA RODRIGUEZ *v.* UNITED STATES;

No. 00–8809.  MOREJON *v.* UNITED STATES; and

No. 00–9219.  HARRIS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.